IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARA CHERVENITSKI,<br>　　　　　　　　Plaintiff | : No. 3:06cv2041<br>:<br>: (Judge Munley) |
| v. | : |
| COUNTY OF LUZERNE<br>DISTRICT ATTORNEY'S OFFICE,<br>　　　　　　　　Defendant | :<br>:<br>: |

## ORDER

Counsel having reported to the court that the above case has been settled, it is hereby ordered that this case is dismissed without costs. The parties will have sixty (60) days in which to consummate the settlement.

BY THE COURT:

/s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court

Dated: 5/15/08